IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ADAM KRISKE,

      Petitioner,                    No. CIV S-08-1683 DAD P

   vs.

MICHAEL S. EVANS, Warden,

      Respondent.                ORDER

_____/

      Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

      Petitioner has also requested an extension of time to file and serve a traverse. Good cause appearing, petitioner's request will be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Petitioner's February 5, 2009 motion for appointment of counsel (Doc. No. 14) is denied;

/////

1

2. Petitioner's February 5, 2009 motion for an extension of time (Doc. No. 13) is granted; and

3. Petitioner is granted thirty days from the date of service of this order in which to file and serve a traverse.

DATED: February 12, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
kris1683.110+111